UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  06-50054-003 |
| | ) | |
| MAGDA CASTILLO | ) | |

## ORDER OF DISMISSAL

Now on this same day the above referenced matter comes on for consideration the government's Motion to Dismiss (document #124) the Indictment in this matter without prejudice with respect to defendant Magda Castillo.  The Court finds that the motion, made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure should be, and it hereby is granted.

IT IS, THEREFORE, ORDERED that the Indictment with respect to Magda Castillo filed in the above-entitled and numbered cause is hereby dismissed without prejudice.

Entered on this 24th day of April, 2007.

 /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
CHIEF U. S. DISTRICT JUDGE