```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                    Case No. 06-50054-003

MAGDA CASTILLO
a/k/a Magda Reyes-Cabrea                                DEFENDANT

### ORDER

Currently before the Court is the defendant's **Motion to Reconsider Bail (Doc. 126).** An order was entered dismissing the indictment against the defendant on April 24, 2007. (Doc. 125.) The United States Marshal's Service has advised the Court that the defendant has been released from its custody and turned over to the Immigration and Customs Enforcement Agency ("ICE"), pursuant to a detainer previously issued by that agency. Accordingly, the issue of bail must be determined by ICE and not by this Court. Defendant's motion is therefore **DENIED.**

IT IS SO ORDERED this 2nd day of May 2007.

                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE